■ ROBERT P. DI 'GILIO, Appellant, v. WILLIAM J. BURNS INTERNATIONAL DETECTIVE AGENCY, INC., et al., Respondents.— In an action to recover damages allegedly sustained from an assault, plaintiff appeals from an order of the Supreme Court, Queens County, dated May 8, 1974, which denied his motion to advance the action to the Day Calendar without a general preference. Order reversed, with $20 costs and disbursements to appellant against respondent the William J. Burns International Detective Agency, Inc., and motion granted. Trial Term held that " an action to recover damages based on an assault requires the warranting of a general preference ". We disagree. The rules established by this court governing the granting of preferences in trials of civil actions in the Second Judicial Department require a preference in actions " to recover damages for personal injuries resulting in permanent or protracted disability or * * * for causing death " (22 NYCRR 674.1). An action for assault does not fall within the ambit of the above-quoted rule and, therefore, a general preference is not required. An action for an assault need not involve physical injury, but only a grievous affront or threat to the person of the plaintiff. Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.